Alfred T. FRASER, Plaintiff–Appellant,

and

Paul J. Fraser, Plaintiff–Appellant,

v.

HIGH LINER FOODS (USA), INC., Defendant–Appellee,

and

Van De Kamps, Mrs. Paul's, and Pinnacle Foods Group LLC, Defendants–Appellees,

and

United Natural Foods, Inc. (also known as Natural Sea), Defendant–Appellee,

and

Gortons and Roche Bros. Supermarket, Inc., Defendants–Appellees,

and

Conagra Foods, Inc., Defendant–Appellee,

and

Good Harbor Fillet Company, Inc. and Midship Seafood, Inc., Defendants–Appellees.

Nos. 2008–1562, 2009–1073, 2009–1074, 2009–1092, 2009–1153.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2009.

Alfred T. Fraser, Medway, MA, pro se.

Joshua M. Dalton, Lawrence T. Stanley Jr., Bingham McCutchen LLP, Boston, MA, for Conagra Foods, Inc.

Joseph J. Koltun, Craig & Macauley, P.C., Boston, MA, for Good Harbor Fillet Company, Inc., Midship Seafood, Inc.

Sarah Chapin Columbia, Jeffrey F. Webb, McDermott, Will & Emery, Boston, MA, Corey A. Salsberg, Needham, MA, for Gortons, Roche Bros. Supermarket, Inc.

Ira J. Levy, Goodwin Procter LLP, New York, NY, Sheryl Koval Garko, Goodwin Procter LLP, Boston, MA, for High Liner Foods (USA), Inc.

Charles A. Bieneman, Michael B. Stewart, Rader, Fishman & Grauer PLLC, Bloomfield Hills, MI, for Mrs. Paul's, Pinnacle Foods Group LLC, Van De Kamps.

Paul J. Fraser, Boston, MA, pro se.

Charles S. Beal, Beal Law, LLC, Providence, RI, for United Natural Foods, Inc.

### ORDER

A petition for rehearing en banc having been filed by the Appellants, and the matter having first been referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on September 15, 2009.